IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LONNIE BAKER, JR.,
    Petitioner,

vs.                                    CASE NO.: 3:09cv444/LAC/MD

SECRETARY DEPARTMENT
OF CORRECTIONS,
    Respondent.

## **O R D E R**

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 and paid the filing fee. (Doc. 1, 4). However, petitioner has provided the court with only one service copy of his petition and attachments. Petitioner must submit one copy for the named respondent and one for the Attorney General of the State of Florida. The court cannot make copies for the petitioner, unless he submits payment in the amount of $.50 per page, prepaid, to the clerk of this court.

    Accordingly, it is ORDERED:

    1.    Petitioner shall, within **thirty (30) days** of the docketing date of this order, submit one additional copy of the petition and attachments, or submit payment in the amount of $7.50 to cover the cost of copying his 15-page petition and attachments, This case number should be written on the copy.

    2.    Failure to provide the service copy will result in a recommendation that this case be dismissed.

    DONE AND ORDERED this 29th day of October, 2009.

    /s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**