IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LONNIE BAKER, JR.,
    Petitioner,

vs.                         3:09cv444/LAC/MD

SECRETARY DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____

## O R D E R

This cause is before the court upon respondent's motion to dismiss petition for writ of habeas corpus (doc. 13). Before the court rules on this matter, the petitioner shall have an opportunity to respond.

Accordingly, it is ORDERED:

Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to respond to the motion filed by respondent.

DONE AND ORDERED this 8th day of December, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE